

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.:06-20097-CIV--COOKE/BROWN

MARCEL FASHION GROUP, INC.,
a Florida corporation,

        *Plaintiff*,

vs.

CAFEPRESS.COM, INC.,
a Delaware corporation,

        *Defendant*.

_____/

### ORDER REFERRING CASE TO MAGISTRATE JUDGE

It is **ORDERED** that the above-styled action is referred to the Honorable Stephen T. Brown, United States Magistrate Judge for the Southern District of Florida, for appropriate resolution of all non-dispositive pretrial matters, in accordance with 28 U.S.C. §§ 636(b)(1)(A) and (B).

*Motions in Limine and any motion affecting deadlines set by the Court's Scheduling Order are excluded from this referral, unless specifically referred by separate order.*

The parties are notified that all subsequent pleadings bearing on matters referred to the Magistrate Judge shall be so designated by setting forth beneath the case number the identity of the Magistrate Judge to which the matter has been referred and the date of the Order of Reference. In addition, the litigants shall mail a courtesy copy of all such pleadings to the Magistrate Judge's chambers.

**DONE** and **ORDERED** in chambers, Miami, Florida, this 24 day of January, 2006.

                                              THE HONORABLE MARCIA G. COOKE
                                              UNITED STATES DISTRICT JUDGE

cc:

The Honorable Magistrate Judge Stephen T. Brown
*All Counsel of Record*

