UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARCEL FASHION GROUP, INC.,

        Plaintiff,

v.

CAFEPRESS.COM, INC.,

        Defendant.
_____/

CASE NO. 06-20097-CIV-COOKE
Magistrate Judge Brown

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, MARCEL FASHION GROUP, INC., through undersigned counsel hereby files this Notice of Voluntary Dismissal, pursuant to Fed.R.Civ.P. 41(a)(1)(I), and by virtue of an agreed settlement between the parties prior to service of process, dismisses this action WITH PREJUDICE.

Dated: March 9, 2006

By: _____
Louis R. Gigliotti, Esq.
Florida Bar No. 71935
Louis R. Gigliotti, PA
1605 Dewey Street
Hollywood, FL 33020
Ph/Fax (954) 922 8214

### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was served via facsimile and US Mail, first-class postage pre-paid to: Candice Carr, Esq., cafepress.com, Inc., 950 Tower Lane, Ste. 600, Foster City, CA 94404, this 9th day of March, 2006.

By: _____
Louis R. Gigliotti