UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 06-20097-CIV-COOKE/BROWN



MARCEL FASHION GROUP, INC.,

    Plaintiff,

vs.

CAFEPRESS.COM, INC.,

    Defendant.

_____/



FILED by _____ D.C.
MGC

**MAR 1 3 2006**

CLARENCE MADDOX
CLERK U. S. DIST. CT.
S.D. OF FLA. · MIAMI

## ORDER OF DISMISSAL

THIS MATTER is before the Court upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice (DE 5 ), filed March 9, 2006. The Court having reviewed Said Notice and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.    The above styled case is DISMISSED with prejudice. Each Party shall bear its own costs and fees.

3.    The Clerk shall CLOSE this case. All pending Motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers, at Miami, Florida, this _13_ day of March, 2006.

_____
THE HONORABLE MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

*All Counsel of Record*